**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JIMMY ROSS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-CV-4200 |
| | ) | |
| v. | ) | |
| | ) | Judge Rebecca R. Pallmeyer |
| THE UNIVERSITY OF CHICAGO, an | ) | |
| Illinois Corporation, UCHICAGO ARGONNE, | ) | Magistrate Judge Jeffrey T. Gilbert |
| LLC, Fire Chief GEORGE HYLAND, | ) | |
| Individually and in his Official Capacity, and | ) | |
| Fireman RICHARD KARA, individually and | ) | |
| In his Official Capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, THE UNIVERSITY OF CHICAGO, (the "Defendant"), through its counsel Franczek Radelet P.C., hereby move to dismiss Plaintiff Jimmy Ross' Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Plaintiff filed a nine-count Complaint, alleging (1) race discrimination and a hostile work environment pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII") (Count I); (2) retaliation pursuant to Title IV (Count II); (3) age discrimination pursuant to the Age Discrimination and Employment Act of 1967 ("ADEA") (Count III); Intentional Infliction of Emotional Distress against Defendant Kara ("Kara") (Count IV); (5) race discrimination and a hostile work environment pursuant to the Illinois Human Rights Act ("IHRA") (Count V); (6) retaliation pursuant to the IHRA (Count VI); (7) age discrimination pursuant the IHRA (Count VII); negligent retention (Count VIII); and a respondeat superior claim (Count IX). It is unclear whether Plaintiff attempts to allege any or all of these claims against the University of Chicago.

1

For the reasons set forth in Defendant's accompanying Memorandum of Law and the Motion to Dismiss being filed concurrently by UChicago Argonne, LLC and Fire Chief Hyland (which is incorporated by reference herein), the Complaint fails as a matter of law against the Defendant. Accordingly, the Complaint should be dismissed with prejudice.

WHEREFORE, Defendant, THE UNIVERSITY OF CHICAGO, respectfully requests that this Court grant their motion to dismiss Plaintiff's Complaint.

Respectfully submitted,

THE UNIVERSITY OF CHICAGO


By:     /s/Lindsey M. Marcus
          One of Their Attorneys

Jeff Nowak
jn@franczek.com
Lindsey M. Marcus
lmm@franczek.com
Erin K. Walsh
ekw@franczek.com
Franczek Radelet, P.C.
300 S. Wacker, Suite 3400
Chicago, IL 60606
Tel:  (312) 986-0300
Fax:  (312) 986-9192

Dated:  August 17, 2018

2562886.1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that she caused a true and correct copy of the foregoing **MOTION TO DISMISS PLAINTIFF'S COMPLAINT** to be filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing electronically to the following counsel of record this 17th day of August, 2018:

> Daniel Q. Herbert
> Kelly A. Krauchun
> The Herbert Law Firm
> 206 S. Jefferson, Suite 100
> Chicago, IL  60661

/s/Lindsey M. Marcus      

2562886.1